02-10-400-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00400-CV 

 

 


 
 
 In re carol ann gibbons
 and virginia floyd
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered Relators’ petition for writ of mandamus and emergency
motion for stay and is of the opinion that all relief should be denied.  Accordingly, Relators’ petition for writ of
mandamus and motion for stay are denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

                                                                   
 
 
 
 
 
 
 
 
 PER CURIAM

                                                                             

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; 
 
 
 
 
 
 and DAUPHINOT, J.

 

DELIVERED:  November 4, 2010











    [1]See
Tex. R. App. P. 47.4., 52.8(d).